Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID G. BURKHART, and GLENN ELLIS BURKHART individually; BRADLEY CONSTRUCTION, INC.<br><br>    Defendants. | Case No.: C08-1271 CW<br><br>**PROOF OF SERVICE OF SUMMONS** |

///

///

///

///

///

///

-1-
**PROOF OF SERVICE OF SUMMONS**
**CASE NO.: C08-1271 CW**

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Gil Crosthwaite, et al. v. David G. Burkhart

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1271 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Notice; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties And Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and ECF Registration Information Handout.

**Name: Bradley Construction, Inc.**

Date of Delivery: 3/25/08
Time of Delivery: 10:14am

Place of Service:   10411 Fair Oaks Blvd.
Fair Oaks, CA 95628

Manner of Service: Personal Service – by handing documents to Timothy Lopez, Agent for Service of Process.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A)(23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26th, 2008 in San Francisco California.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _Charles Hilliard_
Name: Charles Hilliard
Title: RPS, Sacramento # 2007-75

**PROOF OF SERVICE**