Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID G. BURKHART, and GLENN ELLIS BURKHART individually; BRADLEY CONSTRUCTION, INC.<br><br>Defendants. | Case No.: C08-1271 CW<br><br>**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS DAVID G. BURKHART AND BRADLEY CONSTRUCTION, INC.; DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF** |

TO THE CLERK:

Please enter the default of defendants DAVID G. BURKHART and BRADLEY CONSTRUCTION, INC. on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. A Complaint was filed by plaintiffs in this matter on March 4, 2008.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C08-1271 CW**

1   2.   Defendant DAVID G. BURKHART was served on March 24, 2008. A Proof of Service on Summons was filed with the Court on March 31, 2008.

3.   Defendant BRADLEY CONSTRUCTION, INC. was served on March 25, 2008. A Proof of Service on Summons was filed with the Court on April 1, 2008.

4.   Defendant GLENN ELLIS BURKHART was served on April 2, 2008. A Proof of Service on Summons was filed with the Court on April 16, 2008.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 16th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:   _____/s/_____
      Shaamini A. Babu
      Attorneys for Plaintiffs

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C08-1271 CW**

P:\Clients\OE3CL\BRADLEY AUDIT\Pleadings\Request for Default Entry 041508.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 16, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT,
DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**David G. Burkhart**               **Glenn Ellis Burkhart**
**1331 T Street, Suite #5**         **4144 Quiet Meadow Court**
**Sacramento, California 95814**    **Fair Oaks, California 95628**

**Bradley Construction, Inc.**
**10411 Fair Oaks Blvd.**
**Fair Oaks, California 95628**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega