**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 18, 2008

RE: <u>CV 08-01271 CW</u>      <u>GIL CROSTHWAITE-v- DAVID G. BURKHART</u>

Default is entered as to David G. Burkhart and Bradley Construction Inc. on April 18, 2008.

RICHARD W. WIEKING, Clerk

by Kelly Collins
Case Systems Administrator

NDC TR-4  Rev. 3/89