**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 24, 2008

RE:  CV 08-01271 CW          GIL CROSTHWAITE-v- DAVID G. BURKHART

Default is entered as to Glenn Ellis Burkhart on 4/24/2008.

RICHARD W. WIEKING, Clerk

by *Kelly Collins*
Case Systems Administrator

NDC TR-4  Rev. 3/89