1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  120 Howard Street, Suite 520
   San Francisco, CA 94105
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

8

9
                       UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | GIL CROSTHWAITE, et al., as Trustees of the    | Case No.: C08-1271 CW
   | OPERATING ENGNEERS HEALTH AND
   | WELFARE TRUST FUND FOR NORTHERN              | **PROOF OF SERVICE**
14 | CALIFORNIA, et al.,

15 |     Plaintiffs,

16 | v.

17 | DAVID G. BURKHART, and GLENN ELLIS
   | BURKHART individually; BRADLEY
18 | CONSTRUCTION, INC.

19 |     Defendants.

20
   I, the undersigned, declare:
21
         I am a citizen of the United States and am employed in the County of San Francisco, State
22
   of California. I am over the age of eighteen and not a party to this action. My business address is
23
   120 Howard Street, Suite 520, San Francisco, California 94105.
24
25       On April 25, 2008, I served the following document(s):

26 ///

27 ///
                                                                                          -1-
28                                                                            **PROOF OF SERVICE**
                                                                              **CASE NO.: C08-1271 CW**

P:\Clients\OE3CL\BRADLEY AUDIT\Pleadings\Proof of Service 042508.doc

**CLERK'S ENTRY OF DEFAULT AS TO DAVID G. BURKHART and BRADLEY CONSTRUCTION, INC.**

**CLERK'S ENTRY OF DEFAULT AS TO GLENN ELLIS BURKHART**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **David G. Burkhart**<br>**1331 T Street, Suite #5**<br>**Sacramento, California 95814** | **Glenn Ellis Burkhart**<br>**4144 Quiet Meadow Court**<br>**Fair Oaks, California 95628** |

**Bradley Construction, Inc.**
**10411 Fair Oaks Blvd.**
**Fair Oaks, California 95628**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega