IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE,

    Plaintiff,

  v.

DAVID G. BURKHART, et al.,

    Defendants.
    _____/

No. C 08-01271 CW

ORDER

    Default having been entered by the Clerk on April 18, 2008, against David G. Burkhart and Bradley Construction and on April 24, 2008, against Glenn Ellis Burkhart,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for June 17, 2008 is continued to September 30, 2008.

Dated:  4/28/08

                                                        _____
                                                        CLAUDIA WILKEN
                                                        United States District Judge

cc:  Wings