1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  120 Howard Street, Suite 520
   San Francisco, CA 94105
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C08-1271 CW |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| DAVID G. BURKHART, and GLENN ELLIS BURKHART individually; BRADLEY CONSTRUCTION, INC. | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 28, 2008, I served the following document(s):

///

///

-1-
**PROOF OF SERVICE**
**CASE NO.: C08-1271 CW**

P:\Clients\OE3CL\BRADLEY AUDIT\Pleadings\Proof of Service 042808.doc

**ORDER re**
**CASE MANAGEMENT CONFERENCE CONTINUANCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

>    David G. Burkhart           Glenn Ellis Burkhart
>    1331 T Street, Suite #5     4144 Quiet Meadow Court
>    Sacramento, California 95814   Fair Oaks, California 95628
>
>    Bradley Construction, Inc.
>    10411 Fair Oaks Blvd.
>    Fair Oaks, California 95628

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega