1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>        Plaintiffs,<br>v.<br><br>BRADLEY CONSTRUCTION, INC., et al.<br><br>        Defendants. | Case No.: C08-1271 CW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

>    Saltzman & Johnson Law Corporation
>    **44 Montgomery Street, Suite 2110**
>    **San Francisco, California 94104**
>    Tel: 415-882-7900
>    Fax: 415-882-9287

-1-
NOTICE OF CHANGE OF ADDRESS
Case No.: C08-1271 CW

P:\CLIENTS\OE3CL\Bradley Construction Audit\Pleadings\C08-1271 CW Notice of Change of Address 042908.doc

1 | Please note that the telephone and facsimile numbers have not changed.

2 | Dated: April 29, 2008                        SALTZMAN & JOHNSON LAW COPORATION

3

4                                               _____/s/_____
                                                Muriel B. Kaplan
5                                               Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-1271 CW**

P:\CLIENTS\OE3CL\Bradley Construction Audit\Pleadings\C08-1271 CW Notice of Change of Address 042908.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Bradley Construction, Inc.** <br> **Through Its Agent for Service of Process** <br> **Timothy J. Lopez, Esq.** <br> **10411 Fair Oaks Blvd.** <br> **Fair Oaks, CA 95628** | **Glenn Ellis Burkhart** <br> **1331 T. Street #5** <br> **Sacramento, CA 95814** <br><br> **David Glenn Burkhart** <br> **1331 T. Street #5** <br> **Sacramento, CA 95814** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-1271 CW**

P:\CLIENTS\OE3CL\Bradley Construction Audit\Pleadings\C08-1271 CW Notice of Change of Address 042908.doc