RECORDING REQUESTED BY

NAME: Michele R. Stafford, Esq.

WHEN RECORDED MAIL TO:

Michele R. Stafford, Esq.
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104

(DOCUMENT WILL ONLT BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

**Operating Engineers Health & Welfare Trust Fund, et al.
v. Bradley Construction, Inc.; David Glenn Burkhart, et al.**
*USDC Case Nos.: C06-2611 VRW and C08-1271 CW*

**ABSTRACT OF JUDGMENT**

(DOCUMENT TITLE)

VS 4/03

SEPARATE PAGE, PURSUANT TO CA. GOV'T CODE 27361.6

**EJ-001**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Michele R. Stafford, Esq. (SBN: 172509)
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-3483
BRANCH NAME: Northern District of California

PLAINTIFF: Operating Engineers Health & Welfare Trust Fund, et al.
DEFENDANT: Bradley Construction, Inc.; David Glenn Burkhart, et al.

FOR RECORDER'S USE ONLY

CASE NUMBER: C06-2611 VRW and C08-1271 CW

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Bradley Construction, Inc.
      1331 T Street, #5
      Sacramento, California 95814
      ```
   b. Driver's license No. and state: n/a  [ ] Unknown
   c. Social security No.: n/a  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Bradley Construction, Inc.
      16411 Fair Oaks Blvd., Fair Oaks, CA 95628

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Operating Engineers Health & Welfare Trust Fund
   c/o Michele R. Stafford, Esq., Saltzman & Johnson
   44 Montgomery St., Suite 2110, San Francisco, CA 94104
   Date: June 30, 2008
   Michele R. Stafford, Esq.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $139,032.50 + $45.71 p/a int. from 5/15/08
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* May 19, 2008
   b. Renewal entered on *(date):* n/a
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
JUL 01 2008

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____ *(signature)* _____, Deputy
BETTY FONG

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
www.accesslaw.com

| PLAINTIFF: Operating Engineers Health & Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Bradley Construction, Inc.; David Glenn Burkhart, et al. | C06-2611 VRW and C08-1271 CW |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

David Glenn Burkhart
1331 T Street, #5
Sacramento, California 95814

Driver's license No. & state: California   ☑ Unknown
Social security No.: 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   ☐ Unknown
Summons was personally served at or mailed to *(address):*
David Glenn Burkhart
1331 T Street, Suite 5
Sacramento, California 95814

17. Name and last known address

Driver's license No. & state:   ☐ Unknown
Social security No.:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license No. & state:   ☐ Unknown
Social security No.:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license No. & state:   ☐ Unknown
Social security No.:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

Driver's license No. & state:   ☐ Unknown
Social security No.:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

21. Name and last known address

Driver's license No. & state:   ☐ Unknown
Social security No.:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.