Case 4:08-cv-01271-CW    Document 18    Filed 07/21/2008    Page 1 of 3

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Operating Engineers Health & Welfare Trust Fund, et al. | C06-2611 VRW and C08-1271 CW |
| DEFENDANT | TYPE OF PROCESS |
| Bradley Construction, Inc., et al. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rodrigo Salcedo
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10549 Wilton Road. Elk Grove, California 95624

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 94104

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please levy on any and all amounts due, or to become due to judgment debtors Bradley Construction, Inc. and/or David Glenn Burkhart (aka David Burkhart, aka Glenn Burkhart) and/or Glenn Ellis Burkhart, including but not limited to rental payments, until writ amount of $139,032.50, plus interest of $45.71 per diem beginning 5/15/08, is satisfied. SPECIAL INSTRUCTIONS: Make checks payable to "Operating Engineers Local 3 Trust Funds," c/o U.S. Marshals Service, P.O. Box 36056, San Francisco, CA 94102

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 415-882-7900
DATE: 7/10/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk | Date 7/11/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date     Time    ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits $45.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 7/11/08 - RPS. 7/11/08. LPS Served Notice of Levy, Writ of Execution & MOG and Debtors copies mailed on 7/14/08.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite 2110<br>SAN FRANCISCO, CA 94104 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR: **Judgment Creditor** | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>OE3 v. Bradley Construction | |

| **PROOF OF SERVICE – Garnishee**<br>**(Bank Levy)** | LEVYING OFFICER FILE NO:<br>C06-2611 and C08-1271 | COURT CASE NUMBER:<br>C06-2611 VRW and C08-1271 CW |
|---|---|---|

I, Tim Sullivan, declare:

I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the NOTICE OF LEVY, WRIT OF EXECUTION And MEMORANDUM OF GARNISHEE (3 Copies) to:

Garnishee: Rodrigo Salcedo
10549 Wilton Road
**Elk Grove, California 95624**

Date of Service: July 11th 2008
Time of Service: 5:45 pm

Manner of Service: Personal Service, by delivery to Rodrigo Salcedo.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on July 13th 2008 at San Francisco, California.

Godspeed Courier Services Inc
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature: _____
Name: Tim Sullivan
Title: RPS, San Francisco #1053

# PROOF OF SERVICE

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite #2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR **Judgment Creditor** | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT NAME OF CASE<br>OE3 vs. Bradley Construction | | |
| **PROOF OF SERVICE – Judgment Debtor** | LEVYING OFFICER FILE NO.:<br>C06-2611/C08-1271 | COURT CASE NUMBER:<br>C06-2611 VRW and C08-1271 CW |

I, Brandon Correia, declare:
I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the NOTICE OF LEVY (to Judgment Debtor), NOTICE OF LEVY (to Rodrigo Salcedo), WRIT OF EXECUTION and EXEMPTION FROM THE ENFORCEMENT OF JUDGMENTS (to Individuals) to:

      **Judgment Debtor:** Bradley Construction, Inc.
           **Address:** 1331 T Street, #5
                      Sacramento, CA 95814

      **Judgment Debtor:** David Glenn Burkhart
           **Address:** 1331 T Street, #5
                      Sacramento, CA 95814

      **Judgment Debtor:** Glenn Ellis Burkhart
           **Address:** 1331 T Street, #5
                      Sacramento, CA 95814

[Stamp: RECEIVED 08 JUL 15 PH 3:36 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA]

**Date of Mailing:** July 14th, 2008
**Place of Mailing:** San Francisco, CA
**Manner of Service:** Via First Class Mail.

---

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on **July 14th,** 2008 at San Francisco, California.

Godspeed Courier Services Inc.
2130 Folsom St.
San Francisco, CA 94119
(415) 821-1000

Signature: _/s/ Brandon Correia_
Name: Brandon Correia
Title: RPS, San Francisco #1057

# PROOF OF SERVICE